# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| NICANOR PALOMERA BALTAZAR,<br><br>     Petitioner,<br><br>   v.<br><br>JAMES JANECKA, et al.,<br><br>     Respondents. | NO. 5:26-cv-00019-SSS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Nicanor Palomera Baltazar. No party filed objections to the Report and Recommendation within the time permitted. (ECF 18.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition is **granted** as to Claim Three;

3. Respondents are permanently enjoined from arresting or detaining Petitioner pursuant to 8 U.S.C. § 1225;

4. Claims One, Two, Four, and Five are denied as moot; and

5.     The Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED:  April 27, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2