J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| NICANOR PALOMERA BALTAZAR,<br><br>       Petitioner,<br><br>     v.<br><br>JAMES JANECKA, et al.,<br><br>       Respondents. | No. 5:26-cv-00019-SSS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Three. Respondents may not arrest or detain Petitioner pursuant to 8 U.S.C. § 1225.

DATED: April 27, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE